UNITED STATES DISTRICT COURT : Southern District of New York
Claim Four (" CLAIM FOUR" )   22 . 07 . 2022

Self Represented  Plaintiff :

HOLIDAY OLJII ANNA PEDOTTI the II and << HEIRS OF PEDOTTI ASSOCIATION >>


-against-

Defendants :

Randolph K. Adler, Jr.
Ascending Ventures
JOSE T. BAER
NUOT SARATZ
GLORIA STARR KINS
SOCIETY and DIPLOMATIC REVIEW
THE UNITED NATIONS  HEADQUARTERS ( International Territory )
The UNITED NATIONS      GENEVA
The TEAMSTERS UNION


REQUIRE A JURY TRIAL : YES

LAWSUIT SUPREME COURT SOUTHERN DISTRICT OF NEW YORK & FEDERAL

I. CHARGES
Basis for Jurisdiction : FEDERAL

Which of your Constitutional
or Federal Statutory Rights have been violated?
MISREPRESENTATION
LEGAL MALPRACTICE
EMBEZZELMENT ( the ACT , this CLAIM is not for the SUMMATION of MONIES )

II. PARTIES
Plaintiff :
HOLIDAY OLJII ANNA PEDOTTI the II
HEIRS OF PEDOTTI ASSOCIATION  in the U.S.A.
HEIRS of PEDOTTI  in SWITZERLAND

Defendants :
Randolph K. Adler Jr  Individually and in his Capacitance as an Attorney for
State of New York and the United States, The Teamsters Union ,  The United
Nations , et. al.

III. STATEMENT OF CLAIM :    A man who represents  The Teamsters Union and
has engaged in signficant Fraud against my person  is Misrepresenting my Legal
and Medical interests.  I had Three Restraining Orders against him.

IV. FACTS :

1. I am a U.S. Natural Born Citizen.

2. I have never allowed Randolph K. Adler Jr. to make any
   Legal Representations nor Management Agreements on my behalf.

3. I retain MENTAL HYGENE , Medical and Legal Capacity and all
   decision making of my person ;  None of which I have ever lost.

4.  I Formed a HUMANITARIAN FOCUSED S.W.F. in JANUARY 2022 and it was Stolen
   and Laundered by  Randolph K. Adler Jr. and associates (¨ CLAIM ONE ¨).

5.  I am the Sole Plaintiff and have worked and acted alone and on my
   own behalf, Solely and Specifically , namely in Diplomatic Circles
   known as    << VIENNA KLAINGUTI >>  ( Legally Registered ) .

5. Gloria Starr Kins informed me that the United Nations
   laundered my S.W.F. through 20,000  Non-profit agencies or
   Organizations  and  that   Randolph K. Adler Jr. purported to represent
   me during such Events.

6.  Randolph K. Adler Jr.  slandered and misrepresented me and falsely
disemminated information, such as :
   (1)      I am or have ever been Categorically HOMELESS.
   (2)      I grew up or have ever lived in PUBLIC HOUSING.
   (3)       I have HIV or AIDS. I do not.
   (4)      I am ´obsessed´ with the PEDOTTI family, and not a PEDOTTI
[ *see BYLAWS of << HEIRS OF PEDOTTI ASSOCIATION >> and my K-1 Tax Returns* ]
   (5)      I am of ¨ Unknown Origin ¨  of any kind.
   (6)      I preform sexual acts for money.
      [ *see Attestation at NYPD 5th Precinct  :*
             *(1)I Hereby Certify I am not a Prostitute.*
             *(2)I am today Filing a Report of ongoing Harassment*
               *by Randolph Adler , who does Not Understand NO .*
               *[ … ]      ;   01 . 04 . 2022  ]*
   (7)      I preform sexual acts with persons of color.
   (8)      I am a Dominatrix or  Dominant in general. I am <u>Submissive</u>
            but am simply saying <u>NO</u>  to man I do not want to engage in
            Sexual Acts with, who continues to  claim my Dominant nature
            gets in the way of our ¨ Relationship ¨  ,  which I deny any
            existence of ( to the  NY District Attorney related to
            Domestic Violence charges against him, which disappeared , and
            he continues to this date to call my  << MY LOVE >>,  when we
            have not spent time together since  approximately 15 JULY 2021 .
   (9)      I am uneducated or unintelligent,  when I graduated from
            Boston University and was considering Law School

at University of Geneve.

(10)        That he is not aware of the BRAIN EXPERIMENT  ( ¨ CLAIM TWO ¨).

7.  About  SLANDEROUS CLAIMS  (1) - (10) :   Despite a RESTRAINING ORDER  I
filed that specifically prevents him from Communication with THIRD PARTIES  or
DISSEMINATION of FALSE DATA  regarding my person   ( Active from October  2021
to  June 2022  - at minimum ) ,   and  Documented Violations of restraining
orders :  CR-029168-21NY   he continued with apparent Consent by AIDING AND
ABETTING PARTIES LISTED IN   RJI   ( ¨ RJI ¨)  CLAIMS and ADDENDUMS.

7.  This  RESTRAINING ORDER  specifically preventing SLANDEROUS CLAIMS :

        << Article 8  FAMILY COURT MANHATTAN  :  313869
                    DOCKET :  O-0525421    Hon. Gigi N. Parris >>

was Upheld on multiple occasions.  Due to CORRUPTION, the Order of Protection
  ( One of Three )  disappeared from the NYPD  and BKPD  systems entirely.

8.  This Filing is a  Series of MULTIPLE RJI  CLAIMS, and this is the FOURTH
    CLAIM in the Series of SIX  SDNY CLAIMS to date ( 24 JULY 2022 ) :

        SDNY : CLAIM ONE     Violence/Corruption
        SDNY : CLAIM TWO        Medical  Malpractice/Human Experimentation
        SDNY : CLAIM THREE   Torture and Terrorism
        SDNY : CLAIM FOUR   Slander and False Representation
        SDNY : CLAIM FIVE   Physiological Damages
                      Facial Structure and Varicose Veins
        SDNY : CLAIM SIX  BKPD  Injection and Injection Event Malpractices

        NYS DIVISION OF HUMAN RIGHTS :  LOCAL U.S. GOVERNMENT
                                     OFFICIALS  DISCRIMINATION
        NYS DIVISION OF HUMAN RIGHTS :  U.S. EMBASSY  DISCRIMINATION and
                                     INT´L DISCRIMINATION

        International Humanitarian Law ( ¨IHL¨ ) Filings   [ IN PROGRESS ]

9.  All Claims are Self-Represented and Self-Authored.

10.   I require Immediate Restitutions during Proceedings and/or
        Financial Injunctions ,   International Sanctions ,   AT ONCE .

11.  SLANDER of CLAIM FOUR  adds to causation  of  CLAIM ONE,
        as Evidence will show.

V.  DAMAGES and  RELIEF SOUGHT

<u>Damages</u>

CLAIM FOUR  DAMAGES Relief Sought  :
              $          900.000.000.000    BILLION    USD
Should Defendants fail to to appear Herein or demand a complaint,  Judgement
will be entered by default for the sum of
   $          900.666.000.000    BILLION   USD   with  interest
of 17.99% per annum  starting from the date of  11  SEPTEMBER  2022 ,   and
the costs of this action.

Venue :    Plaintiff(s) Designate NEW YORK COUNTY as the place of Trial.


SLANDER                    USD   900.000.000.000  Billion
                                   ( NYSD :   CLAIM FOUR  )
     Relationships with High Net Worth  INDIVIDUALS
     Career  LVMH , etc
     Education  BOSTON UNIVERSITY
     Family and Legacy   BAER FOUNDATION
          Patents   STEVE BAER
     Royal Lineage
     Diplomatic Visibility


                    [  Damages Ongoing    ]



SWF                        USD   300.000.000.000  Billion
                                   ( NYSD :   CLAIM ONE  )
No.3 MAGAZINE / SLANDER     USD   25.000.000   Million
                                   ( NYSD :   CLAIM ONE  )
BRAIN OPERATION            USD   8.050.000.000  Billion
                                   ( NYSD :   CLAIM TWO  )


HUMAN TORTURE and TERRORISM  USD   2.000.000.000.000  Trillion
                                     ( CLAIM THREE and IHL Filing )
Prior U.S. GOV CORRUPTION   USD   1.050.000.000.000   Trillion
               ( Discrimination  :
                    NYS Division of Human Rights [ 1 of 2 Filed ]
                    and IHL Filings )

<u>FINANCIAL RELIEF  SOUGHT :</u>

Terrorism Restitution,  Witness Protection and Medical Treatments

***Immediate (( during Proceedings ))***

RELIEF during PROCEEDINGS    a Minimum of <u>USD  500.000 Million</u>  is DUE
        according to TORTURE and TERRORISM  LAW  for Immediate use  per
        International Terrorism Procedures  (¨ Terrorism Restitution ¨ ) ,  a
        non-Definitive Sum but an Immediate Requirement based on Filings  ;


I request <u>USD   400.000.000  Million  </u>  Immediately in a Private Fund
        made available  for  MEDICAL TREATMENTS  based on Human Experiment ;


and   ,   Considering Likelihood  of  Corruption in  WITNESS PROTECTION
Programs,  an additional <u> USD  2.000.000   Million </u>        for
        SAFETY and WITNESS  PROTECTION  ( ¨  RELOCATION ¨ ) as an immediate
        Budget with additional  <u> USD  10.000.000  Million </u> for  Ongoing Privacy
        as required to be sought due to severity of such filings  (  " SECURITY
        PERSONNEL and  TRANSPORTATION  " )  in place per ANNUM during
        Proceedings  related to this matter and others that
             arise through DISCOVERY.



VI.  SUMMONS


To the Defendant(s) above :
PLEASE TAKE NOTE YOU ARE SUMMONED and required to serve upon plaintiff, at the
address stated below, a notice of appearance or demand for a complaint within
20 after service of thi summons ( not counting the day of service itself ) ,
or within 30 days after service is complete if the Summons is not delivered
personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED that should you fail to serve a  notice of appearance or
demand for a complaint, a judgement will be entered against you by default for
the relief demanded herein.

Dated :    24 JULY 2022



EVIDENCES

about My  SWISS FAMILY and HOME in SWISS ALPS  : HEIRS OF PEDOTTI

A NOTE FROM MY MATERNAL GREAT GRANDMOTHER H.PEDOTTI about my MOTHER :
AUDREY PEDOTTI BAER :

I hope you will all have many memories of Flan as happy as Audrey's —

Nona

---

13 January, 1997

Dear Nona —

Thank you for giving the girls and me shares of the Heirs of Pedotti Assoc. That is very generous of you and our whole family will enjoy and benefit from it.

I look forward to the day I can show the girls the

not only because we love to ski — but because that is the most magical time for me. I will never forget my train trip with Non from Zern to Flan. As the train wound it's way higher and higher through the driving snowstorm, I felt like I was entering a fairy tale. Flan and the house did not disappoint.

We are having a lovely, dry





DEC 28 1998

98-101265

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Gerald B. Parent, Esq.
HATCH AND PARENT
21 East Carrillo Street
Santa Barbara, California
93101-2782

CONFORMED COPY HAS NOT BEEN
COMPARED WITH ORIGINAL
KENNETH A. PETTIT
SANTA BARBARA CO. CLERK-RECORDER-ASSESSOR

THIS SPACE RESERVED FOR RECORDER ONLY
(Gov. Code § 27361.6)

## STATEMENT OF UNINCORPORATED ASSOCIATION
### OF HEIRS OF PEDOTTI ASSOCIATION
#### Corporations Code § 20002

1.  The name of this unincorporated association is HEIRS OF PEDOTTI
    ASSOCIATION.

2.  The names of officers of the Association are:

| Name | Office |
|------|--------|
| Helen Pedotti-Schott | Manager |
| Holiday Pedotti Baer | Vice Manager |
| Anna Catherine Pedotti | Secretary |
| Peider Jon Pedotti | Treasurer |
| Robert Christoffel Pedotti | Member at Large |

3.  The names and titles or capacities of officers who are authorized on behalf of
    the Association to execute conveyances of real property and other property
    owned or held by the Association are as follows:

| Name | Title or Capacity |
|------|-------------------|
| Helen Pedotti-Schott | Manager |
| Holiday Pedotti Baer | Vice Manager |
| Anna Catherine Pedotti | Secretary |
| Peider Jon Pedotti | Treasurer |

as shares in the Ftan/Scuol Ski Lift, we left in care of Nuot Saratz, along with enough Swiss francs to take care of ...

After Pida became too ill to manage his affairs the Merrill Lynch account was put into the Pedotti Family Trust and upon his death became my property. In accordance with the intent of his Swiss Will, I gifted it to the Association of his heirs. As of December 27, 1998, it is held in a Working Capital ████████████████ e of Heirs of Pedotti Association (TIN ██████████████████████ are invested in a balance of equities, ██████████████████ oney market cash. Jon, as Treasurer, I, as Manager, and Holly, as Vice Manager, all have signature rights. The checkbooks are here.

Richard Gallagher, CPA, has agreed to keep records and prepare Association taxes. He will have a copy of this binder, as will Gori and Elisabeth, who each have an undivided one third interest, shared with Pida's heirs, in land in Ftan, including the land on which Chasa Pedotti and our individually owned condominiums stand.

The binder is also being sent to Nuot Saratz, executor of Pida's estate, so that he will know of the structure of the Association and its' purposes, and can advise on the possibility of transferring ownership of the Ftan real property, which Pida's four children have inherited, into the Heirs Association; what the tax consequences might be, and what changes to the by-laws might be needed to be compatible with Swiss Civil Code.

ALEGRA    -    ENJOY

## TABLE OF CONTENTS

Translation of the Last Will of Adolf C. Pedotti

Obituary of Adolf C. Pedotti – Santa Barbara News Press, June 20, 1996

**From:** Randolph Adler <randolphadler@ascending.ventures>
**Sent:** Monday, January 31, 2022 10:48 PM
**To:** Staz Rodriguez <staz@no5pr.com>
**Subject:** Re: THE BAER FOUNDATION • Urgent Inquiry

Dear Sir,

Out of courtesy to Vienna, whom I am fond of and respect, I am answering your questions.

Please see my responses below in red.

Kind regards,
Randy Adler

On Mon, Jan 31, 2022 at 8:35 AM Staz Rodriguez <staz@no5pr.com> wrote:

> *Randolph Adler:*
>
> *Did you ever claim to represent*
> *The Baer Foundation?*

No.

> *I have been informed that you accepted money on behalf of*
> *The Baer Foundation,*

No, categorically false.

> *which is Vienna Klainguti's **sole creation** as*
> *Founder - started on behalf of her biological Grandfather, Steve Baer.*

> *If you have **ever** accepted money by fraudulently presenting yourself as her Legal Representative—or associated to her at all—you must respond accordingly to this email AT ONCE*

Not applicable.

> *Did you ever claim to have a Legal ( Attorney-Client ) relationship with her?*

No.

> *If so, when and to whom?*

Not applicable.

> *Did you attempt to invade or invade her place of Residence in the past week?*

No.

> *OR - Are you aware of others that did?*

No.

> *Thanks.*

You're welcome - please let me know if I can be of further assistance.
----
---

[Message tronqué]  Intégralité du message non disponible hors connexion



From: Randolph Adler <randolphadler@ascending.ventures>
Sent: Saturday, February 5, 2022 9:43 PM
To: Star Rodriguez <star@no5gr.com>
Subject: Re: THE BAER FOUNDATION • Urgent Inquiry

Hello again,

Thank you for taking the time to inquire about my perspective, I appreciate it.

With respect to this specific inquiry, I'm sorry to say I have no information whatsoever to share with you.

For what it is worth, however, I have two thoughts that you may wish to further explore: (1) if Vienna was using a Virtual Private Network ("VPN"), then her location may show from another geographical location other than the location in which she was physically present; and/or (2) sometimes internet providers route location services through their main internet hubs (for example, Comcast is based out of Philadelphia). In my opinion, I think #1 is more likely than #2.

I hope this helps you (and, more importantly, Vienna). If you need anything further, please don't hesitate to reach out to me.

Thank you.

Kind regards,
Randy

On Sat, Feb 5, 2022 at 7:39 PM Star Rodriguez <star@no5gr.com> wrote:
Who are these unauthorized log-ins to @thebaerfoundation ?  Please share any and all information.

She had even recently changed her password so these actions are implausible — what do you know?



13 April 2022

by **Mauricio Ruiz**

Climate+Energy    News    ⊕ Switzerland

Geneva is using lake water to cool buildings and replace air conditioning, which is reducing electricity consumption by 80%. Swiss company SIG is pumping water from a depth of 45 meters in Europe's largest Alpine lake, where water remains cool. The water passes through heat exchangers in local buildings absorbing warmth to keep the buildings cool. The water is later released back into the lake. This process is shortcutting the need for air conditioning systems, which yearly demand large amounts of energy.

In winter, the dynamic is the opposite. Heat pumps can be added to the system, which help keep buildings warm by charging up their hot water systems. This cuts $CO_2$ emissions by 80%. For the time being, the system covers 50 buildings, including the UN headquarters, the International Committee of the Red Cross and the UN Refugee Agency.

World Economic Forum
4,050,680 followers

There are plans to connect 30km of new pipes in Geneva by 2035. This would cut 70,000 tonnes of $CO_2$ emissions per year, equivalent to those released by 7,000 homes. Toronto is also using a deep lake water cooling system. The city has replaced AC systems in 180 buildings, cooling them with water from Lake Ontario. The water has an average temperature of 4 degrees Celsius.

According to the World Economic Forum, buildings are responsible for roughly 40 percent of emissions globally (taking into account both building materials and operating emissions), and addressing the problem will require collaboration across sectors. The importance of buildings (and collaboration) explains why the Biden administration announced a buildings standard coalition, in partnership with 33 state and local governments.



... VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS

A petition under Article 8 of the Family Court Act, having been filed on October 19, 2021 in this Court and good cause having been shown, and Randolph Adler having been not present in Court.

NOW, THEREFORE, IT IS HEREBY ORDERED that Randolph Adler observe the following conditions of behavior:

[01] Stay away from:

[A] Hannah Johnson;

[B] the home of Hannah Johnson;

[E] the place of employment of Hannah Johnson;

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Hannah Johnson no communication by any means whatsoever; no third party contact; no communication by any social media platforms; Respondent is to refrain from dissemination of false information about the Petitioner to third parties or on social media;

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against Hannah Johnson;



File#: 313869 (O-05254-21)

FC-100 (09/2020)
Page 1 of 1

**FAMILY COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

In the Matter of **an Article 8 Family Offense** Proceeding

File #:      313869
Docket #:   O-05254-21

**Hannah Johnson** (Petitioner)

**Randolph Adler** (Respondent)

**NOTICE TO APPEAR**
**(VIRTUAL)**

To:    Hannah Johnson
        ** Confidential **

You are hereby notified to appear **VIRTUALLY** on:

Date/Time/Part:    **November 3, 2021 at 03:30 PM** in **Part 2**
Purpose:           **Return of Process**
Presiding:         **Hon. Gigi N. Parris**

Virtual appearances may be held via video or phone. To update your contact information, e-mail or call the court and provide your name, phone, e-mail address, docket number(s), and date/time of court appearance.

Court E-mail: ManhattanFamilyCourt@nycourts.gov or Court Phone #: (646) 386-5200

If you have documents that you would like to send to the Court, at least 5 days prior to the Court date please submit through our Electronic Document Delivery System (EDDS)
https://iappscontent.courts.state.ny.us/NYSCEF/live/edds.htm or e-mail
to ManhattanFamilyCourt@nycourts.gov.
                    **FOR VIDEO, CLICK ON THE FOLLOWING LINK:**
                    https://notify.nycourts.gov/meet/ag3qtw

            **FOR PHONE, CALL THE TOLL-FREE NUMBER AND ENTER THE MEETING ID**
                    **Phone: (929) 346-7209    Meeting ID: 6198186248**

For information on how to install/use Microsoft Teams to participate in virtual court proceedings, visit: https://nycourts.gov/appear.

**Dated:** October 19, 2021

            Juan R. Paez, Clerk of Court



F C A §§ 430, 550, 655, 828, 1029

ORI No:
Order No:    NY0300213
NYSID No:   2021-011081

GF5 1/2020

At a term of the Family Court of the State of New York,
held in and for the County of New York, at 60 Lafayette Street, New
York, NY 10013, on October 19, 2021

PRESENT: Honorable Gigi N. Parris
In the Matter of a FAMILY OFFENSE Proceeding

Hannah Johnson,
                        Petitioner

            - against -

Randolph Adler,
                        Respondent

File #       313869
Docket #   O-05254-21
Temporary Order of Protection

Ex Parte

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND
CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR
CRIMINAL CONTEMPT, AND/OR MAY SUBJECT YOU TO FAMILY COURT PROSECUTION AND
INCARCERATION FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT
WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN
CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR
CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS
ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE
PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS
ORDER .

A petition under Article 8 of the Family Court Act, having been filed on October 19, 2021 in this Court and good cause having been
shown, and Randolph Adler having been not present in Court.

NOW, THEREFORE, IT IS HEREBY ORDERED that Randolph Adler observe the following conditions of behavior:

[01] Stay away from:

[A]  Hannah Johnson;

[B]  the home of Hannah Johnson;

[E]  the place of employment of Hannah Johnson;

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other
       means with Hannah Johnson no communication by any means whatsoever; no third party contact; no communication by any
       social media platforms; Respondent is to refrain from dissemination of false information about the Petitioner to third parties
       or on social media;

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal
       obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible
       touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate
       image(s) or any criminal offense against Hannah Johnson;



GF3 1/2020

GF-5 Page 2
O-05254-21
2021-011081

**It is further ordered** that this temporary order of protection shall remain in force until and including November 03, 2021, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

Dated:      October 19, 2021

ENTER

Gigi Parris

Honorable Gigi N. Parris

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties authorizes, and sometimes requires such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face penalties authorized by law.

**Federal law requires** that this order is effective outside, as well as inside, New York State. It must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person restrained by the order is an intimate partner of the protected party and has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect due process rights (18 U.S.C §§ 2265, 2266).

**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty) ; and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

**Check Applicable Box(es):**
[ ] Party against whom order was issued was advised in Court of issuance and contents of Order
[ ] Order personally served in Court upon party against whom order was issued
[x] Service directed by other means: Process Server/Other Peace/Municipal Officer
[ ] [Modifications or extensions only]: Order mailed on [specify date and to whom mailed]:
[ ] Warrant issued for party against whom order was issued[specify date]: _____
[ ] ADDITIONAL SERVICE INFORMATION [specify] _____

## SLANDER AND PALACIO REAL DE MADRID



**ADLER ( TYPICAL COMMUNICATION )**



MANHATTAN D.A.   DOMESTIC VIOLENCE UNIT



BK D.A.  Domestic Violence Unit



NO.3 MAG  and  SLANDER



**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>
À : ana4fofficial@gmail.com

31 janvier 2022 à 07:33

**Address not found**

Your message wasn't delivered to **ana@number3mag.com**
because the address couldn't be found, or is unable to receive
mail.

LEARN MORE

The response was:

550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking the recipient's email address for typos or unnecessary spaces. Learn more at https://support.google.com/mail/?p=NoSuchUser j28sor4137235pka.57 - gsmtp

Final-Recipient: rfc822; ana@number3mag.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550 5.1.1 The email account that you tried to reach does not exist. Please try
550-5.1.1 double-checking the recipient's email address for typos or
550-5.1.1 unnecessary spaces. Learn more at
550 5.1.1 https://support.google.com/mail/?p=NoSuchUser j28sor4137235pka.57 - gsmtp
Last-Attempt-Date: Mon, 31 Jan 2022 04:23:34 -0800 (PST)

---------- Message transféré ----------
From: Vienna Klainguti <ana4fofficial@gmail.com>
To: "No.3 Media" <mark@number3mag.com>, jack@number3mag.com
Cc: Ana Von Fetan <ana@number3mag.com>, Staz Rodriguez <star@no5pr.com>
Bcc:
Date: Mon, 31 Jan 2022 07:23:32 -0500
Subject: POEMS • NO.3 MAGAZINE ACCOUNTING • NEWSLETTER CONTACT LIST
[30.01.2022]

M Gmail                                                    ж, SZARINA ♀ F. VIENNA KLAÏNGUTI <ana4fofficial@gmail.com>

POEMS • NO.3 MAGAZINE ACCOUNTING • NEWSLETTER CONTACT LIST
1 messages

**Vienna Klainguti** <ana4fofficial@gmail.com>                                    31 janvier 2022 à 07:33
À : "No.3 Media" <mark@number3mag.com>, jack@number3mag.com
Cc : Ana Von Fetan <ana@number3mag.com>, Staz Rodriguez <star@no5pr.com>

[30.01.2022]

SIRS ;

*I am following up on my ownership of No.3 to review last year's financial data regarding my 10% shares.*

*ALSO THE VARIOUS SERIES OF MY ORIGINAL POETRY THAT I EMAILED MYSELF ARE STILL ( ONLY ) IN THE ACCOUNT THAT YOU LOCKED ME OUT OF , BEFORE YOU PRETENDED THAT I DO NOT EXIST*

*I DEMAND THAT THEY ARE FORWARDED TO ME AND MY ACCOUNT REINSTATED*

*THANKS IN ADVANCE, MARK*





MY  ATTESTATION at 5th PRECINCT :



RANDOLPH K ADLER  JR    VIOLATING RESTRAINING ORDERS :





perp did Violate Order of Pro. Han.
by Communicating C/V via email
her Safety. C/V States peep
erp works, Perp usually drives
Perp Uses methamphetamine,
and alchohol. C/V does not know
ot. Perp has instagram accounts
Yandyiscandy and RKA8762.
ultiple guns (rifles, hand guns, machine

Other Evidence: ☐ Damaged Property ☐ Videos      **Destruction of Property?** ☐ Yes ☑ No
☐ Electronic Evidence ☐ Other:      If yes, Describe: